UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Lebron,

                Plaintiff(s),

    -against –

Equifax Information Services, LLC, et al.,

                Defendant(s).
---------------------------------------------------------X

**O R D E R**

7:21-CV-05341 (CS)

Seibel, J.

    It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Trans Union, LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Trans Union, LLC)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: February 8, 2022
       White Plains, New York

                                                    CATHY SEIBEL, U.S.D.J.