UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Lebron,

                      Plaintiff(s),

     -against –

Equifax Information Services, LLC, et al.,

                      Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:21-CV-05341 (CS)

Seibel, J.

It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Nissan Motor Acceptance Corporation)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Nissan Motor Acceptance Corporation)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

**The Clerk of Court is directed to close the case.**

    **SO ORDERED**.

Dated: February 15, 2022
       White Plains, New York

                                                             _____
                                                             CATHY SEIBEL, U.S.D.J.